AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Jan 27, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ROBERT EDWARD SCHRADER, <br> *Plaintiff* <br> v. <br> BRAD A. MANKE, LOREN ERDMAN, SHAWN DAVIS, KENNETH NIEGEL, STACEY BLAND, ERIC NIEGEL, JOSHUA MARTIN, JASON BISCARRO, COLTON BECKMAN, ALEXANDRA CURRAN, CUORE FALKNER, PATRICK KENT, and BRANDON STINSON, <br> *Defendant* | Civil Action No. 2:25-CV-0392-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice

Date: January 27th, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*